# Order

Michigan Supreme Court
Lansing, Michigan

February 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149325(19)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ERICK ANTHONY DOCKETT,
        Defendant-Appellant.

SC: 149325
COA: 320486
Wayne CC: 88-000218-FC

_____/

On order of the Court, the motion for reconsideration of this Court's November 25, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



Clerk

d0126